UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

RANDOLPH R. SCOTT, SR,

                Plaintiff,

  -against-                                         9:04-CV-1236
                                                               (LEK/RFT)

DEPUTY WAUFLE, ET AL,

                Defendants.

## **DECISION AND ORDER**

    The plaintiff's mailing address has been unknown to this Court since his mail was returned as undeliverable on 07/10/2006. The plaintiff was directed by US Magistrate Judge Randolph F. Treece on 03/29/07 to update his address with this district within 30 days or his civil action may be dismissed.

    Litigants have an ongoing obligation to keep the Court informed of any changes in their address during the pendency of an action. N.D.N.Y.L.R. 10.1(b)(2). "It is neither feasible nor legally required that the clerks of the district courts undertake independently to maintain current addresses on all parties to pending actions." <u>Dansby v. Albany County Correctional Facility</u>, No. 95-CV-1525, 1996 WL 172699 at *1.

    Accordingly, it is hereby

    ORDERED, that the Plaintiff's case be **DISMISSED** on the grounds that he has failed to advise this Court of his current address; and it is further

    ORDERED, that the Clerk serve a copy of this order on all parties by regular mail.

    IT IS SO ORDERED.

    DATED: May 01, 2007

                                                            Lawrence E. Kahn
                                                           U.S. District Judge